IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MILTON HUDSON,

    Plaintiff,

v.

Nurse MS. KNAPP,

    Defendant.

No. C 09-0141 WHA (PR)

**ORDER OF TRANSFER**

    This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at Mule Creek State Prison, which lies within the venue of the United States District Court for the Eastern District of California. The defendant, who is a prison nurse, probably resides there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

    This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, plaintiff's request for leave to proceed in forma pauperis will not be ruled upon.

    **IT IS SO ORDERED.**

Dated: January   15  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\HUDSON0141.TRN.wpd